**LAW OFFICES OF JOHNNY L. GRIFFIN III**
JOHNNY L. GRIFFIN III  (State Bar No. 118694)
SILKY SAHNAN (State Bar No. 242850)
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorneys for Defendant
ROBERT FORD

**IN THE UNITED STATES DISTRICT**

**COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:02-Cr 420-1 FCD |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO** |
| ) | **CONTINUE STATUS CONFERENCE RE:** |
| vs. ) | **TSR VIOLATION** |
| ) | |
| ROBERT FORD, ) | DATE**:**  November 5, 2007 |
| ) | TIME:  10:00 a.m. |
| Defendant ) | Hon. Frank C. Damrell Jr. |
| ) | |

   Defendant, by and through his undersigned counsel, Johnny L. Griffin, III, and the United States of America, through Assistant United States Attorney, Anne Pings, hereby agree and stipulate to continue the status conference re: TSR Violation in the above captioned case from November 5, 2007 to November 13, 2007 at 10:00 a.m.[1]  This continuance is requested because counsel for Defendant is unavailable since he is in a criminal jury trial in the case of *People v. Antonio Minor* Sacramento County Superior Case Number 06F02438.  The trial is expected to last approximately until October 26, 2007.

   Dated:  September 21, 2007        ss// Johnny L. Griffin, III__
                                     JOHNNY L. GRIFFIN, III
                                     Attorney at Law

---

[1] The parties have been advised by this Court's Clerk that November 13, 2007 at 10:00 a.m. is an available date and time for a status conference on this matter.

Dated:  September 21, 2007          ss// Anne Pings [2]
                                    ANNE PINGS
                                    Assistant United States Attorney

**IT IS SO ORDERED.**

**DATED: October 1, 2007**

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

---

[2] Assistant United States Attorney Anne Pings telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on her behalf.