**LAW OFFICES OF JOHNNY L. GRIFFIN III**
JOHNNY L. GRIFFIN III  (State Bar No. 118694)
SILKY SAHNAN (State Bar No. 242850)
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorneys for Defendant
ROBERT FORD

**IN THE UNITED STATES DISTRICT**

**COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:02-cr -0420-1 FCD |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO** |
| ) | **CONTINUE STATUS CONFERENCE** |
| vs. ) | |
| ) | DATE**:**  January 28, 2008 |
| ROBERT FORD, ) | TIME:  10:00 a.m. |
| ) | |
| Defendant ) | Hon. Frank C. Damrell Jr. |
| ) | |

Defendant, by and through his undersigned counsel, Johnny L. Griffin, III, and the United States of America, through Assistant United States Attorney, Anne Pings, hereby agree and stipulate to continue the status conference in the above captioned case from January 28, 2008 to February 25, 2008 at 10:00 a.m.[1] This continuance is requested because the parties have been advised by the Sacramento County District Attorney's Office that it will be pursuing a domestic violence criminal prosecution against Defendant Robert Ford. The state prosecution is based on the same facts as alleged in Charge Four of the Petition currently before this Court.  Accordingly, the parties desire additional time to further discuss and negotiate a disposition in the Petition

---

[1] The parties have been advised by this Court's Clerk that February 25, 2008 at 10:00 a.m. is an available date and time for a status conference on this matter.

pending before this Court in light of the state prosecution. In addition, the parties agree and stipulate that time be excluded from January 28, 2008 to February 25, 2008 pursuant to Local Code T4, and 18 U.S.C. § 3161(h)(1)(8)(B)(iv).

Dated:  January 18, 2008         ss// Johnny L. Griffin, III
                                 JOHNNY L. GRIFFIN, III
                                 Attorney at Law


Dated:  January 18, 2008         ss// Anne Pings [2]
                                 ANNE PINGS
                                 Assistant United States Attorney

### ORDER

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendant counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the interests of the public and the Defendant in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

**DATED: January 22, 2008**

                                 FRANK C. DAMRELL, JR.
                                 UNITED STATES DISTRICT JUDGE

---

[2] Assistant United States Attorney Anne Pings telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on her behalf.