**LAW OFFICES OF JOHNNY L. GRIFFIN III**
JOHNNY L. GRIFFIN III  (State Bar No. 118694)
SILKY SAHNAN (State Bar No. 242850)
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorneys for Defendant
ROBERT FORD

**IN THE UNITED STATES DISTRICT**

**COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:02-CR-0420 FCD |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE THE TSR VIOLATION HEARING** |
| vs. | |
| ROBERT FORD, | DATE**:**  February 25, 2008 |
| Defendant | TIME:  10:00 a.m. |
| | Hon. Frank C. Damrell, Jr. |

Defendant, by and through his undersigned counsel, Johnny L. Griffin, III, and the United States of America, through Assistant United States Attorney, Anne Pings, hereby agree and stipulate to continue the TSR Violation Hearing in the above captioned case from February 25, 2008 to March 31, 2008 at 10:00 a.m.[1] This continuance is requested because the Defendant has a Sacramento County Superior Court Case Number 07F08098 pending before the Sacramento County Superior Court. The state prosecution is based on the same facts as alleged in Charge Four of the Petition currently before this Court.  The parties need additional time to further discuss and negotiate a disposition in the Petition pending before this Court in light of the state

---

[1] The parties have been advised by this Court's Clerk that March 31, 2008 at 10:00 a.m. is an available date and time for a TSR Violation Hearing on this matter.

prosecution.  In addition, the parties agree and stipulate that time be excluded from February 25, 2008 to March 31, 2008 pursuant to Local Code T4, and 18 U.S.C. § 3161(h)(1)(8)(B)(iv).

Dated:  February 22, 2008      ss// Johnny L. Griffin, III
JOHNNY L. GRIFFIN, III
Attorney at Law

Dated:  February 22, 2008      ss// Anne Pings [2]
ANNE PINGS
Assistant United States Attorney

**ORDER**

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendant counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the interests of the public and the Defendant in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

Dated: February 22, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

---

[2] Assistant United States Attorney Anne Pings telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on her behalf.