```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  RACHELLE BARBOUR, Bar #185395
    Staff Attorney
 3  OFFICE OF THE FEDERAL DEFENDER
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | No. 2:02-CR-420 FCD |
| v. ) | |
| ) | ORDER APPOINTING COUNSEL |
| ROBERT FORD, ) | |
| Defendant. ) | |

The defendant, Robert Ford, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel as follows:

      [ X ]  Office of the Federal Defender, DANIEL J. BRODERICK

      [   ]  CJA Panel Member _____ because the Federal Defender has a conflict in this matter.

Your Honor contacted our office on March 4, 2009 because the defendant filed a request on February 2, 2009 seeking assistance in obtaining credit for time served. The Federal Defender's Office has communicated with Mr. Ford and received a financial affidavit which

indicates that Mr. Ford qualifies for appointed counsel.  The Federal Defender's Office is respectfully requesting appointment to represent defendant, Robert Ford.

DATED: April 28, 2009

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Rachelle Barbour

RACHELLE BARBOUR
Staff Attorney

Having satisfied the Court that he is unable to employ counsel, the court hereby appoints the Federal Defender pursuant to 18 U.S.C. § 3006A.

**IT IS SO ORDERED.**

DATED: April 30, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE